UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 14-20429-CIV-ALTONAGA/O'SULLIVAN

LISSYS CORTES and DAVID KNIGHT,
Individually and on behalf of all others
similarly situated,
      Plaintiffs,
vs.

HONEYWELL BUILDING SOLUTIONS
SES CORPORATION, and HONEYWELL
INTERNATIONAL, INC.,
      Defendants.
_____/

## ORDER

THIS MATTER is before the Court following an informal discovery conference held before the undersigned on November 13, 2014. Having heard from the parties and for the reasons stated on the record, it is

ORDERED AND ADJUDGED that, unless noted otherwise, all discovery responses ordered to be provided herein shall be provided on a rolling basis, an attempt to provide the responses by November 18, 2014, shall be made, and all responses shall be provided on or before November 27, 2014, at the latest. It is further

ORDERED AND ADJUDGED that the defendant shall provide the plaintiff with the bate stamp numbers that correspond to the responses to interrogatories numbered 1, 3, 4, 5, 6, 8, 9, and 10. It is further

ORDERED AND ADJUDGED that the defendant shall provide the plaintiff with the bate stamp numbers that correspond to the responses to requests for production numbered 1, 2, 9, 15, 25, 27, and 30.  It is further

ORDERED AND ADJUDGED that the defendant shall provide the plaintiff with

responses to requests for production numbered 7 and 8 that indicate that no responsive documents exist.  It is further

ORDERED AND ADJUDGED that on or before November 18, 2014, the plaintiff shall provide the defendant with expert witness disclosures, pursuant to Fed. R. Civ. P. 26(a)(2)(B), for Rick Reyes and Antonio Say, as to the nature and scope of Honeywell's installation of Smart Meters at Plaintiffs' homes which caused the damages complained of.  If the plaintiff fails to provide the aforementioned disclosures, Mr. Reyes and Mr. Say may not testify as to the nature and scope of Honeywell's installation of Smart Meters at Plaintiffs' homes which caused the damages complained of.

DONE AND ORDERED, in Chambers, at Miami, Florida, this 13th day of November, 2014.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
U.S. District Judge Altonaga
All counsel of record